# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**Case No. 26-05038-01-CR-SW-MDH**

**YVONNE M. BIRD**,

Defendant.

## MOTION FOR DETENTION

Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to order the detention of defendant Yvonne M. Bird, and moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. §3142(e) and (f) for the following reasons:

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

☐ Crime of violence (18 U.S.C. § 3156(a)(4)), under 18 U.S.C. §3142(f)(1)(A).

☐ A violation of 18 U.S.C. § 1591, under 18 U.S.C. §3142(f)(1)(A).

☐ Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum sentence of ten years or more, under 18 U.S.C. §3142(f)(1)(A).

☐ Crime with a maximum sentence of life imprisonment or death, under 18 U.S.C. §3142(f)(1)(B).

☐ Drug offense with a maximum sentence of ten years or more, under 18 U.S.C. §3142(f)(1)(C).

☐ Felony offense and defendant has two prior convictions as described in 18 U.S.C. §3142(f)(1)(A) and (C), or two State convictions

Page **1** of **5**

that would otherwise fall within 18 U.S.C. §3142(f)(1)(A) and (C) if federal jurisdiction had existed, under 18 U.S.C. §3142(f)(1)(D).

☐ Felony offense involving a minor victim other than a crime of violence, under 18 U.S.C. §3142(f)(1)(E).

X Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon, under 18 U.S.C. §3142(f)(1)(E).

☐ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250), under 18 U.S.C. §3142(f)(1)(E).

☐ Serious risk the defendant will flee, under 18 U.S.C. §3142(f)(2)(A).

☐ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror, under 18 U.S.C. §3142(f)(2)(B).

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check both):

X Defendant's appearance as required.

X Safety of any other person and the community.

3. **Rebuttable Presumption.** The United States will invoke a rebuttable presumption against defendant under § 3142(e). The presumption applies because (check all that apply):

☐ Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release, under 18 U.S.C. §3142(e)(2).

☐ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more, under 18 U.S.C. §3142(e)(3)(A).

☐ Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or

kidnap), or 2332b (act of terrorism), under 18 U.S.C. §3142(e)(3)(B).

☐ Probable cause to believe defendant committed a violation of 18 U.S.C. §2332b(g)(5)(B) (crime of terrorism) of title 18, United States Code, for which a maximum term of imprisonment of 10 years or more is prescribed, under 18 U.S.C. §3142(e)(3)(C).

☐ Probable cause to believe defendant committed an offense under chapter 77 of title 18 for which a maximum term of imprisonment of 20 years or more is prescribed, under 18 U.S.C. §3142(e)(3)(D).

☐ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§1201, 1591, 2241, 2242, 2244(a)(l), 2245, 2251, 2251A, 2252(a)(l) through 2252(a)(3), 2252A(a)(l) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425, under 18 U.S.C. §3142(e)(3)(E)

4. **Additional Factors for Consideration.**

On February 16, 2026, the Stone County, Missouri, Sheriff's Office ("SCSO") responded to 4226 State Highway Y, Galena, Stone County, Western District of Missouri, after receiving information that there was stolen property at the residence. An officer spoke to Richard Bird at the front door. Richard was uncooperative and refused to come out of the residence.

The SCSO obtained and executed a search warrant at 4226 State Highway Y. Present in the residence was Richard Bird and Yvonne BIRD (hereinafter "Yvonne"). Multiple firearms parts and accessories were located throughout the residence. A deputy observed a hole in the kitchen wall near the store. The hole contained a metal grommet insert with a red rag stuffed inside. Upon removing the rag, the deputy observed the hole traveled from the kitchen to the bedroom. There were firearms and firearm magazines concealed within that hole in the wall, which included the following:

- A loaded Smith & Wesson, semi-automatic, 9mm pistol;
- A loaded Herbert Schmidt revolver;
- A CVA black powder revolver;
- A SKS style, .7.62x39mm, rifle magazine; and
- A Ruger 10-22, .22 caliber magazine.

Deputies found the following items throughout the residence:

- A shot glass with suspected methamphetamine residue in the bathroom;
- A wet plastic baggie containing suspected methamphetamine residue on the trash can near the toilet in the bathroom;
- A black case containing suspected methamphetamine residue in the bedroom;

Page **3** of **5**

- Approximately 0.6 grams of methamphetamine in a drawer next to the bed in the bedroom;
- A digital scale with residue on the bedroom floor;
- Approximately one gram of suspected methamphetamine scattered across the desk in the office;
- A bucket of .22 caliber ammunition on the bedroom floor; and
- 281 rounds of 7.6X29mm ammunition on the bedroom floor.

Deputies also located additional stolen property within and around the residence, and evidence that someone inside the residence tried to burn some of the stolen items after deputies arrived on scene.

Another SCSO deputy searched a red Buick sedan parked outside the residence. Yvonne stated that the Buick sedan belonged to her. Yvonne's Missouri driver's license was located inside a backpack found on the front passenger seat of the Buick. The deputy found the following items in her vehicle:

- Approximately 6.5 grams of suspected methamphetamine inside the backpack found on the front passenger seat;
- Approximately 14.8 grams of methamphetamine (lab confirmed) inside a black magnetic box found in a drawstring bag;
- Four syringes that contained suspected methamphetamine. One syringe was found in a sunglass class, and the other three syringes were located inside the magnetic box; and
- A box of .25 caliber ammunition.

5. **Time for Detention Hearing.** The United States requests the Court conduct

the detention hearing:

☐      At the initial appearance.

X      After a continuance of 3 days.

Page **4** of **5**

WHEREFORE, based on the foregoing, the United States requests that the Court hold a Detention Hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of the defendant in accordance with 18 U.S.C. § 3142(e).

Respectfully submitted,

**R. MATTHEW PRICE**
United States Attorney

By:  */s/ Stephanie L. Wan*
STEPHANIE L. WAN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 8, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

*/s/ Stephanie L. Wan*
Stephanie L. Wan
Assistant United States Attorney

Page **5** of **5**